DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 167P14 | State v. Christopher Leon Blakney | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1088) | Denied |
|---|---|---|---|
| 168P14 | State v. Kevin Michael King | 1. Def's Motion for Temporary Stay (COA13-1118) | 1. Allowed **05/22/2014** Dissolved **08/19/2014** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 169P14 | State v. Corey Dinan | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1022) | Denied |
| 172P11-3 | State v. Kevin Errol Smith | Def's *Pro Se* Motion to Dismiss (COA10-998) | Dismissed |
| 172P14 | Robert A. Bell and Joan A. Bell v. City of New Bern and Town of Trent Woods | Def's (Town of Trent Woods) PDR Under N.C.G.S. § 7A-31 (COA13-817) | Denied |
| 173P14 | State v. Willie E. McLendon | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-915) | 1. Dismissed |
| | | 2. Def's Motion to Deem Timely Filed PDR | 2. Denied |
| | | 3. Def's Motion in the Alternative for Court to Construe the Petition as a Petition for *Writ of Certiorari* | 3. Denied |
| 174P14 | State v. Victor Nnamdi Inyama | Def's PDR Under N.C.G.S. § 7A-31 (COA13-666) | Denied |
| 176P14 | State v. Solomon Lee-Warren Graves | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1299) | Denied |
| 177A14 | State v. Nicholas Tavares West | 1. Def's NOA Based Upon a Constitutional Question (COA13-959) | 1. — |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |